# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**747**

**CA 12-02171**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, CARNI, AND LINDLEY, JJ.

---

ROBERT J. GROMAN, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

STANLEY A. GROMAN, DEFENDANT-APPELLANT,
ET AL., DEFENDANT.

---

AMDURSKY, PELKY, FENNELL & WALLEN, P.C., OSWEGO (COURTNEY S. RADICK OF COUNSEL), FOR DEFENDANT-APPELLANT.

COSTELLO, COONEY & FEARON, PLLC, SYRACUSE (ROBERT W. CONNOLLY OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered January 25, 2012. The order directed the property receiver to accept offers for certain real property.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: June 14, 2013                          Frances E. Cafarell
                                                Clerk of the Court